UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOHN ALLEN MORRIS, JR. ) | Case No. 1:16-cr-71<br><br>Judge McDonough/Steger |

**REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636(b), the undersigned United States Magistrate Judge conducted a plea hearing in this case on October 7, 2016. At the hearing, Defendant entered a plea of guilty to Counts One, Three, Six and Seven of the Indictment in exchange for the undertakings made by the Government in the written Plea Agreement [Doc. 13] and Plea Agreement Supplement [Doc. 14] (hereinafter "Plea Agreement"). On the basis of the record made at the hearing, the Court finds that Defendant is fully capable and competent to enter an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by Defendant; it is made voluntarily and free from any force, threats, or promises, apart from the promises in the Plea Agreement; Defendant understands the nature of the charges and penalties provided by law; and the plea has a sufficient basis in fact.

I therefore recommend that Defendant's plea of guilty to Counts One, Three, Six and Seven of the Indictment be accepted; the Court adjudicate Defendant guilty of the charges set forth in Counts One, Three, Six and Seven of the Indictment; and the written Plea Agreement be accepted at the time of sentencing. I further recommend that Defendant remain free on bond under the conditions set forth in the Order Setting Conditions of Release [Doc. 7] until sentencing in this matter. Acceptance of the plea, adjudication of guilt, acceptance of the Plea Agreement,

1

and imposition of sentence are specifically reserved for the District Court Judge.

The Defendant's sentencing hearing is scheduled on **January 13, 2017, at 9:00 a.m**.

**ENTER.**

s/*Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE

NOTICE TO PARTIES

You have the right to *de novo* review by the district judge of the foregoing findings. Any application for review must be in writing; must specify the portions of the findings or proceedings objected to; and must be filed and served no later than fourteen (14) days after the plea hearing. Failure to file objections within fourteen days constitutes a waiver of any further right to challenge the plea of guilty in this matter. *See* 28 U.S.C. § 636(b).

2